Case Name:  BRADFORD, ERNESTINE
            AKA BRADFORD, CHIC
Case No:    06-71857

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 2/26/08                      WILLIAM T. NEARY
                                    United States Trustee, Region 11



                          BY:   */s/ Carole J. Ryczek*
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee