## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BRADFORD, ERNESTINE<br><br>BRADFORD, CHIC<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-71857 BARB<br><br>JUDGE Manuel Barbosa |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
>        211 S. Court Street
>        Rockford, IL 61101
> on:   March 31, 2008
> at:    9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

> a. Receipts                                        $_____15,353.51
>
> b. Disbursements                              $_____0.00
>
> c. Net Cash Available for Distribution   $_____15,353.51

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,313.27 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $17.18 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.    Claims of general unsecured creditors totaling $4,036.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SMC c/o HSBC Bank Nevada, NA - Bergner's | $ 510.61 | $ 510.61 |
| 1I | SMC c/o HSBC Bank Nevada, NA - Bergner's | $ 33.66 | $ 33.66 |
| 2 | US Bank PO Box 5229 Cincinnati, Ohio 45201 | $ 3,525.63 | $ 3,525.63 |
| 2I | US Bank PO Box 5229 Cincinnati, Ohio 45201 | $ 232.39 | $ 232.39 |
| SURPLUS | BRADFORD, ERNESTINE | $ 9,720.77 | $ 9,720.77 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: _2-15-08_         For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee:  MEGAN G. HEEG
Address:  Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Phone No.:  (815) 288-4949

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3              User: cshabez          Page 1 of 1              Date Rcvd: Feb 28, 2008
Case: 06-71857                   Form ID: pdf002        Total Served: 18
```

```
The following entities were served by first class mail on Mar 01, 2008.
db           +Ernestine Bradford,    204 East Sixth Street,    Rock Falls, IL 61071-1709
aty          +Kelli D Walker,   15 East Third Street,   P. O. Box 535,   Sterling, IL 61081-0535
10954562     +Bank Of America,    P.O. Box 1597,    Norfolk, VA 23501-1597
10954563      Bergner's,   P.O. Box 17633,   Baltimore, MD  21297-1633
10954560     +Bradford Ernestine,    204 East Sixth Street,    Rock Falls, IL 61071-1709
10954564      Capital One Bank,    P.O. Box 790216,    St. Louis, MO  63179-0216
10954565      Chase Bank One,    P.O. Box 15153,   Wilmington, DE  19886-5153
10954566      Citibank,    P.O. Box 6003,   Hagerstown, MD  21747-6003
10954567     +Citifinancial Services, Inc.,    3207 East Lincolnway,    Sterling, IL 61081-1772
10954568     +J.C. Penney,    P.O. Box 981131,   El Paso, TX 79998-1131
10954561     +Miller Lancaster Walker & Burall PC,    15 East Third Street PO Box 535,    Sterling, IL 61081-0535
11091714     +SMC c/o HSBC Bank Nevada, NA - Bergner's,    PO Box 19249,   Sugar Land, TX 77496-9249
10954570      U.S. Bank,    Sterling, IL Office,    P.O. Box 790167,    St. Louis, MO  63179-0167
10954569    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   P.O. Box 790408,    St. Louis, MO  63179-0408)
10954571    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   Rock Falls, IL Office,   P.O. Box 790179,
             St. Louis, MO  63179-0179)
11091721     +US Bank PO Box 5229 Cincinnati, Ohio 45201,    Bankruptcy Dept,   PO Box 5229,
             Cincinnati, OH 45201-5229
10954572     +William J. Simpson D.D.S.,   521 W. Wall Street,   Morrison, IL 61270-2139

The following entities were served by electronic transmission on Feb 29, 2008.
tr           +E-mail/Text: KATHY@EGBBL.COM                          Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2008**                     **Signature:**       *Joseph Speetjens*