## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## Rockford DIVISION

| | |
|---|---|
| IN RE:<br>BRADFORD, ERNESTINE<br><br>BRADFORD, CHIC<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-71857 BARB<br><br>JUDGE Manuel Barbosa |

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa
    BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 7-11-08           /s/ Megan G. Heeg
                                          MEGAN G. HEEG, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: 7-14-08           WILLIAM T. NEARY
                                          United States Trustee

                                          By: Christine K Miller
                                              Christine K. Miller, Paralegal Specialist

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 31, 2008 through June 30, 2008

Account Number: **000312019290266**

## CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**



00017308 DBI 802 24 18408 - NNNNN  1 000000000 60 0000
06-71857 BRADFORD ERNESTINE
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

| CHECKING SUMMARY | Bankruptcy Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Page 1 of 1